Order issued October 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00420-CR

JUSTIN MICHAEL KRISS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 2
Dallas County, Texas
Trial Court Cause No. MB10-60533-B

## ORDER

By Order issued July 27, 2012, the Court ordered Official Court Reporter Leticia Martinez Peterson to file, within thirty days either (1) a supplemental reporter's record of the hearing on appellant's motion to suppress evidence or (2) a letter certifying that no such record exists. To date, Peterson has not responded to the Court's order.

The trial court is **ORDERED** to conduct a hearing and make findings of fact regarding why the above-described supplemental reporter's record or letter has not been filed. The trial court's findings of fact should include (1) the court reporter's explanation for the delay in filing the supplemental reporter's record or letter; and (2) the earliest date by which the supplemental reporter's record or letter can be filed.

We **ORDER** the trial court to transmit to this Court a supplemental clerk's record, containing

the written findings of fact, any recommendations, any supporting documentation, and any orders within **thirty (30) days** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty (30) days from the date of this order or when the supplemental record is received, whichever is earlier.

We **DIRECT** the Clerk of the Court to send a copy of this order to Leticia Martinez Peterson, Official Court Reporter of the County Criminal Court No. 2.


_____
LANA MYERS
JUSTICE